**Case Nos. 23-1929, 23-1930**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

LORI FITZGERALD, *et al.,*

*Plaintiffs – Appellees,*

v.

SKYTRAIL SERVICING GROUP, LLC, *et al.,*

*Defendants – Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CIVIL ACTION NO. 3:20-cv-00044

**UNOPPOSED MOTION FOR EXTENSION OF APPELLANTS' OPENING
BRIEF AND JOINT APPENDIX DEADLINE**

Defendants-Appellants Joseph Wildcat, Sr., John Johnson, George Thompson, Jamie Ann Allen, Jeffrey Bauman, Sr., William Stone, Sr., Louis St. Germaine, Eric Chapman, Sr., Racquel Bell, Gloria Cobb, William Graveen, Sarah Pyawasit, Jessi Phillips Lorenzo, and Nicole Chapman-Reynolds, in their capacity as Tribal Council Members and employees of the federally recognized Lac du Flambeau Band of Lake Superior Chippewa Indians (the "Tribal Appellants"), by counsel, and pursuant to Fed. R. App. P. 26(b) and Fourth Circuit Local Rule 31(c),

request that this Court grant an unopposed extension to the current briefing schedule deadlines in the above-captioned matter. In support thereof, Tribal Appellants state as follows:

1.     Tribal Appellants timely filed a notice of appeal in this matter on September 1, 2023, and this Court docketed the appeal on September 7, 2023.

2.     Tribal Appellants have filed three unopposed motions to extend the appellants' opening brief and joint appendix deadline, as the parties have secured the services of a private mediator and are actively attempting to resolve this matter through settlement. *See* Dkt. Nos. 15, 18, 20.

3.     On February 7, 2024, the Court granted the latest of these unopposed extension motions, and the opening brief for the Tribal Appellants, Skytrail Servicing Group, LLC, and William Cheney Pruett (the "Appellants") and the joint appendix are currently due April 16, 2024. *See* Dkt. No. 21.

4.     With the Court's permission, the Tribal Appellants seek an additional extension of time for the opening brief and for the parties to submit their joint appendix until June 28, 2024. This would extend the current joint appendix and opening brief deadline for the Appellants from April 16, 2024 to June 28, 2024, and result in the following modified schedule:

> Joint Appendix due: 6/28/2024
> Brief [Opening] due: 6/28/2024
> Brief [Response] due: 7/29/2024
> Brief [Reply] (if any) due: Within 21 days of service of response brief

5. Tribal Appellants have conferred with counsel for all other parties in this matter. Skytrail Servicing Group, LLC and William Cheney Pruett join in this request, and the Plaintiff Appellees consent to this request.

6. This extension best serves the ends of justice and is appropriate as the parties engaged the services of a private mediator, the Honorable Jane Roush of the McCammon Group, prior to the District Court's ruling upon which this appeal is predicated.

7. The parties had preliminary discussions regarding settlement with Justice Roush on September 26, 2023 (a date scheduled prior to the District Court's ruling).

8. Following those preliminary discussions, the parties held a mediation with Justice Roush on November 9, 2023.

9. The parties made significant progress towards settlement during this mediation and held a second mediation session with Justice Roush on December 15, 2023.

10. The parties continued to make meaningful advancements towards settlement during this second mediation session on December 15, 2023 and conducted a third mediation session on February 2, 2023 at 11:00 a.m. ET with Justice Roush.

11.     The parties held fourth and fifth mediation sessions, respectively on February 26, 2024 at 10:00 a.m. ET and March 27, 2024 at 11:00 a.m. ET, and continued to progress towards reaching a voluntary resolution that would obviate the instant appeal.

12.     The parties are committed to reaching a reasonable resolution through the mediation process and intend to continue working with the mediator to achieve this goal.  To that end, during the fifth mediation session on March 27, 2024, the parties agreed that extending out the opening brief and joint appendix deadline until June 28, 2024 would allow the parties to focus all efforts on the settlement process, best position this case for resolution, and would conserve the Court's and parties' resources.

13.     The parties recently scheduled a sixth mediation session with Justice Roush for April 8, 2024 at 10:00 a.m. ET.

14.     Tribal Appellants anticipate further significant settlement activity through the current opening brief and joint appendix deadline of April 16, 2024, as the underlying action is a complex alleged class action requiring the parties to negotiate and orchestrate many discrete aspects to reach a complete resolution.

15.     This is the fourth requested extension.  No parties' interests will be prejudiced by this extension, as all parties consent to the relief sought herein, and this extension best positions the parties to reach a settlement.

## <u>CONCLUSION</u>

WHEREFORE, Appellants request that this Court grant the requested extension, extending the current opening brief for the Appellants and joint appendix deadline from April 16, 2024 to June 28, 2024.

Dated: April 2, 2024

By: */s/ Alan D. Wingfield*

Alan D. Wingfield (VSB No. 27489)
John E. Komisin (VSB No. 84061)
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
Email: alan.wingfield@troutman.com
Email:  jed.komisin@troutman.com

and

Shilee T. Mullin
Spencer Fane LLP
13520 California Street, Suite 290
Omaha, NE 68154
Telephone: (402) 965-8600
Fax: (402) 965-8601
E-mail: smullin@spencerfane.com

Patrick J. McAndrews
Spencer Fane LLP
1000 Walnut
Kansas City, MO 64106
Telephone: (816) 292-8300
Fax: (816) 474-3216
E-mail: pmcandrews@spencerfane.com

and

Andrew Adams III
Hogen Adams PLLC
1935 County Road B2 W., Suite 460
Saint Paul, MN 55113
Telephone: (651) 842-9100
Fax: (651) 842-9101
E-mail: aadams@hogenadams.com

*Counsel for Joseph Wildcat, Sr., John Johnson, George Thompson, Jamie Ann Allen, Jeffrey Bauman, Sr., William Stone, Sr., Louis St. Germaine, Eric Chapman, Sr., Racquel Bell, Gloria Cobb, William Graveen, Sarah Pyawasit, Jessi Phillips Lorenzo, and Nicole Chapman-Reynolds*

## <u>CERTIFICATE OF COMPLIANCE</u>

1.    This filing complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments), this notice contains 739 words.

2.    This document complies with the typeface and type style requirements because this opposition brief has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14pt Times New Roman.

Dated: April 2, 2024                    */s/ Alan D. Wingfield*                    
                                                    *Counsel for Tribal Appellants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of April 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.  Counsel for all parties to the case who are registered CM/ECF users will be served by that system.

Dated: April 2, 2024                    */s/ Alan D. Wingfield*
                                                    *Counsel for Tribal Appellants*

170137203