UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1929 (L)
(3:20-cv-00044-NKM-JCH)

_____

LORI FITZGERALD; AARON FITZGERALD; KEVIN WILLIAMS; JADE SINGLETON; ANGELA MAVILLE, Individually and on behalf of others similarly situated

      Plaintiffs - Appellees

v.

SKYTRAIL SERVICING GROUP, LLC; WILLIAM CHENEY PRUETT

      Defendants - Appellants

and

JOSEPH WILDCAT, SR.; NICOLE CHAPMAN-REYNOLDS; JESSI PHILLIPS LORENZO; JOHN JOHNSON; GEORGE THOMPSON; JAMIE ANN ALLEN; JEFFREY BAUMAN, SR.; LOUIS ST. GERMAINE; ERIC CHAPMAN, SR.; RACQUEL BELL; GLORIA COBB; WILLIAM GRAVEEN; SARAH PYAWASIT; WILLIAM STONE, SR.

      Defendants

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 07/12/2024

Opening brief due: 07/12/2024

Response brief due: 08/12/2024

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk