Case Nos. 23-1929, 23-1930

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

LORI FITZGERALD, *et al.*,

*Plaintiffs – Appellees,*

v.

SKYTRAIL SERVICING GROUP, LLC, *et al.*,

*Defendants – Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CIVIL ACTION NO. 3:20-cv-00044

## UNOPPOSED MOTION FOR EXTENSION OF APPELLANTS' OPENING BRIEF AND JOINT APPENDIX DEADLINE

Defendants-Appellants Joseph Wildcat, Sr., John Johnson, George Thompson, Jamie Ann Allen, Jeffrey Bauman, Sr., William Stone, Sr., Louis St. Germaine, Eric Chapman, Sr., Racquel Bell, Gloria Cobb, William Graveen, Sarah Pyawasit, Jessi Phillips Lorenzo, and Nicole Chapman-Reynolds, in their capacity as Tribal Council Members and employees of the federally recognized Lac du Flambeau Band of Lake Superior Chippewa Indians (the "Tribal Appellants"), by counsel, and pursuant to Fed. R. App. P. 26(b) and Fourth Circuit Local Rule 31(c),

request that this Court grant an unopposed extension to the current briefing schedule deadlines in the above-captioned matter. In support thereof, Tribal Appellants state as follows:

1. Tribal Appellants timely filed a notice of appeal in this matter on September 1, 2023, and this Court docketed the appeal on September 7, 2023.

2. Tribal Appellants have filed five unopposed motions to extend the appellants' opening brief and joint appendix deadline, as the parties had secured the services of a private mediator and were actively attempting to resolve this matter through settlement. *See* Dkt. Nos. 15, 18, 20, 22, 24. Those efforts have been successful and the parties have reached a settlement in principle.

3. On June 26, 2024, the Court granted the latest of these unopposed extension motions, and the opening brief for the Tribal Appellants, Skytrail Servicing Group, LLC, and William Cheney Pruett (the "Appellants") and the joint appendix are currently due July 12, 2024. *See* Dkt. No. 25.

4. With the Court's permission, the Tribal Appellants seek an additional extension of time for the opening brief and for the parties to submit their joint appendix until July 26, 2024. This would extend the current joint appendix and opening brief deadline for the Appellants from July 12, 2024 to July 26, 2024, and result in the following modified schedule:

>Joint Appendix due: 7/26/2024
>Brief [Opening] due: 7/26/2024

>Brief [Response] due: 8/26/2024
>Brief [Reply] (if any) due: Within 21 days of service of response brief

5. Tribal Appellants have conferred with counsel for all other parties in this matter. Skytrail Servicing Group, LLC and William Cheney Pruett join in this request, and the Plaintiff Appellees consent to this request.

6. This extension best serves the ends of justice and is appropriate as the parties engaged the services of a private mediator, the Honorable Jane Roush of the McCammon Group, prior to the District Court's ruling upon which this appeal is predicated.

7. The parties had preliminary discussions regarding settlement with Justice Roush on September 26, 2023 (a date scheduled prior to the District Court's ruling).

8. Since then, the parties have had nine additional formal mediation sessions - on November 9, 2023, December 15, 2023, February 2, 2024, February 26, 2024, March 27, 2024, April 8, 2024, April 30, 2024, May 22, 2024, and June 13, 2024 – and have continued separate informal settlement discussions throughout the duration of this appeal.

9. As a result of these efforts, the parties have reached a settlement in principle. However, the parties do not have sufficient time to prepare and file a motion for preliminary approval with the district court prior to the current July 12, 2024 deadline for the submission of Appellants' opening brief and joint appendix.

10. The requested, minimal extension will provide the parties with the time required to prepare the necessary approval pleadings. An extension through July 26, 2024 would ensure the parties have an adequate opportunity to prepare, finalize, and submit the pleadings required to reach a complete final resolution.

11. This is the sixth requested extension. No parties' interests will be prejudiced by this extension, as all parties consent to the relief sought herein, and this extension will allow the parties to reach a settlement – obviating the necessity of the instant appeal.

## **CONCLUSION**

WHEREFORE, Appellants request that this Court grant the requested extension, extending the current opening brief for the Appellants and joint appendix deadline from July 12, 2024 to July 26, 2024.

Dated: July 11, 2024

By: /s/ *Alan D. Wingfield*
Alan D. Wingfield (VSB No. 27489)
John E. Komisin (VSB No. 84061)
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
Email: alan.wingfield@troutman.com
Email: jed.komisin@troutman.com

and

Shilee T. Mullin
Spencer Fane LLP
13520 California Street, Suite 290
Omaha, NE 68154
Telephone: (402) 965-8600
Fax: (402) 965-8601
E-mail: smullin@spencerfane.com

Patrick J. McAndrews
Spencer Fane LLP
1000 Walnut
Kansas City, MO 64106
Telephone: (816) 292-8300
Fax: (816) 474-3216
E-mail: pmcandrews@spencerfane.com

and

Andrew Adams III
Hogen Adams PLLC
1935 County Road B2 W., Suite 460
Saint Paul, MN 55113
Telephone: (651) 842-9100
Fax: (651) 842-9101
E-mail: aadams@hogenadams.com

*Counsel for Joseph Wildcat, Sr., John Johnson, George Thompson, Jamie Ann Allen, Jeffrey Bauman, Sr., William Stone, Sr., Louis St. Germaine, Eric Chapman, Sr., Racquel Bell, Gloria Cobb, William Graveen, Sarah Pyawasit, Jessi Phillips Lorenzo, and Nicole Chapman-Reynolds*

# **CERTIFICATE OF COMPLIANCE**

1. This filing complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments), this notice contains 639 words.

2. This document complies with the typeface and type style requirements because this opposition brief has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14pt Times New Roman.


Dated: July 11, 2024 */s/ Alan D. Wingfield*
*Counsel for Tribal Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. Counsel for all parties to the case who are registered CM/ECF users will be served by that system.

Dated: July 11, 2024                  */s/ Alan D. Wingfield*
                                      *Counsel for Tribal Appellants*

8
173368042